# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Judy A. Hewitt, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 13-231-CV-W-JTM |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On Tuesday, March 18, 2014, the Court heard oral argument on the *Hewitt Initial Brief,* filed July 25, 2013, [Doc. 8] and the *Brief For Defendant*, filed November 8, 2013, [Doc. 13]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                                      */s/ John T. Maughmer*
                                                    **JOHN T. MAUGHMER**
                                                    **U. S. MAGISTRATE JUDGE**